Dawniell Alise Zavala (CA State Bar No. 253130)
Thomas M. Kerr (CA Stat Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         dawniell.zavala@hro.com
                    tom.kerr@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, LLC; LAFACE RECORDS LLC; and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>            Plaintiff,<br>       v.<br><br>AMBER SAAVEDRA,<br><br>            Defendant. | CASE NO. 2:08-CV-01521-GEB-DAD<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |

1  Plaintiffs, through their counsel, and Defendant, hereby request that this Court continue the
2  status (pretrial scheduling) conference scheduled for September 29, 2009 at 9:00 a.m. until
3  December 8, 2008.  The parties continue to negotiate a settlement in this matter and are hopeful that
4  a settlement may be reached in the near future.  Thus, no status conference need be completed at the
5  date scheduled.

6  IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and
7  Defendant, that the status conference currently set for September 29, 2008, at 9:00 a.m. be continued
8  until December 8, 2008.   A joint status report is to be filed fourteen days prior to the hearing.

10 DATED: _____

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____
      Thomas M. Kerr
      Attorney for Plaintiffs

16 DATED: _____

AMBER SAAVEDRA

By: _____
      Amber Saavedra

22 **IT IS SO ORDERED:**
23 **DATED: 9/22/08**

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and [Proposed] Order
CASE NO. 2:08-CV-01521-GEB-DAD
#40129 v1 saf