Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, LLC; LAFACE RECORDS LLC; and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>        Plaintiffs,<br>  v.<br><br>AMBER SAAVEDRA,<br><br>        Defendant. | CASE NO. 2:08-CV-01521-GEB-DAD<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiffs, through their counsel, and Defendant, hereby request that this Court continue the
2  status (pretrial scheduling) conference scheduled for December 1, 2008 at 9:00 a.m. until January 26,
3  2009.  The parties have negotiated a settlement in this matter and Plaintiffs are awaiting Defendant's
4  return of the signed settlement documents.  Once the settlement documents are received, Plaintiffs
5  will file appropriate dispositional documents with the Court.  Thus, it appears that a status
6  conference is not necessary at this time.

7  IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and
8  Defendant, that the status conference currently set for December 1, 2008, at 9:00 a.m. be continued
9  until January 26, 2009.

DATED: _____   DAWNIELL ALISE ZAVALA
                                                          HOLME ROBERTS & OWEN LLP


By: _____
    Dawniell Alise Zavala
    Attorney for Plaintiffs


DATED: _____   AMBER SAAVEDRA


By: _____
    Amber Saavedra

**The pretrial scheduling conference, currently set for 12/8/08, is rescheduled for February 2, 2009, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.**

**IT IS SO ORDERED:**

**Dated:  11/24/08**               **By:**  *[signature]*

                                            **Garland Burrell Jr.**
                                            **United States District Judge**

1