1  HOLME ROBERTS & OWEN LLP
Dawniell Zavala (State Bar No. 253130)
2  560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
3  Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
4  www.hro.com

5  Attorney for Plaintiffs

6  UMG RECORDINGS, INC.; BMG
MUSIC; SONY BMG MUSIC
7  ENTERTAINMENT; CAPITOL
RECORDS, LLC; LAFACE RECORDS
8  LLC; and VIRGIN RECORDS AMERICA,
INC.
9

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14  UMG RECORDINGS, INC., a                    Case No.: 2:08-cv-01521-GEB-DAD
Delaware corporation; BMG MUSIC,
15  a New York general partnership;            **Related Cases**:
SONY BMG MUSIC
16  ENTERTAINMENT, a Delaware                  JUDGMENT BASED ON
general partnership; CAPITOL                STIPULATION
17  RECORDS, LLC, a Delaware limited
liability company; LAFACE
18  RECORDS LLC, a Delaware limited
liability company; and VIRGIN
19  RECORDS AMERICA, INC., a
California corporation,

20              Plaintiffs,

21        vs.

22  Amber Saavedra,

23              Defendant.

24

25

26

27

28

The Court, having considered the Stipulated Judgment executed by the parties,

IT IS ORDERED AND ADJUDGED THAT:

1.    Defendant shall pay to Plaintiffs in settlement of this action the total sum of $1980.00.

2.    Defendant shall pay Plaintiffs' costs of suit (complaint filing fee and service of process fee) in the amount of $420.00.

3.    The Court declines to enter an injunction since an injunction has not been shown necessary.   See, eBay Inc. v. MercExchange, L.L.C. , 547 U.S. 388, 393 (2006) (stating "this Court has consistently rejected invitations to replace traditional equitable considerations with a rule that an injunction automatically follows a determination that a copyright has been infringed.").

DATED: 1/22/09

GARLAND E. BURRELL, JR.
United States District Judge

1

[Proposed] Judgment and Permanent Injunction
Case No. 2:08-cv-01521-GEB-DAD